# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNRATH KUY,<br><br>        Petitioner,<br><br>    v.<br><br>LORETTA E. LYNCH, Attorney General, et al.,<br><br>        Respondents. | **Case No. CV 16-00481 BRO (RAO)**<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Superseding Report and Recommendation. The time for filing Objections to the Superseding Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

    IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action as moot.

DATED: August 17, 2016

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE