1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 | BUNRATH KUY,

**Case No. CV 16-00481 BRO (RAO)**

12 |                          Petitioner,

13 |          v.

**JUDGMENT**

14 | LORETTA E. LYNCH, Attorney
General, et al.,

15

16 |                          Respondents.

17
18
19
20
21

  Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

  IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed as moot.

22
23
24

DATED:  August 17, 2016

25

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

26
27
28